NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SALVATORE F. STALLONE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7036

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3988, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Upon review of Salvatore F. Stallone's motion to voluntarily withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3)    All pending motions are moot.

FOR THE COURT

MAR 0 2 2012                              /s/ Jan Horbaly
_____                          _____
Date                                     Jan Horbaly
                                         Clerk


cc:  Peter J. Meadows, Esq.
     Alex P. Hontos, Esq.

s24


Issued As A Mandate:        MAR 0 2 2012
                        _____


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

JAN HORBALY
CLERK